# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Folsom Prison a/k/a Folsom Prison Blues |
| Line 3 | Writer(s) | John R. Cash a/k/a Johnny Cash |
| Line 4 | Publisher Plaintiff(s) | House of Cash, Inc. |
| Line 5 | Date(s) of Registration | 2/13/84   1/13/83   9/14/56   11/30/55 |
| Line 6 | Registration No(s). | RE 196-295   RE 153-380   Ep 102326   EU 418371 |
| Line 7 | Date(s) of Infringement | 9/29/23 |
| Line 8 | Place of Infringement | Hickory Social House |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Hard To Handle |
| Line 3 | Writer(s) | Alvertis Isbell; Allen Jones; Otis Redding |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music |
| Line 5 | Date(s) of Registration | 6/13/68   12/13/68 |
| Line 6 | Registration No(s). | Eu 58360   Ep 254414 |
| Line 7 | Date(s) of Infringement | 9/29/23 |
| Line 8 | Place of Infringement | Hickory Social House |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Train, Train |
| Line 3 | Writer(s) | Paul Robert Medlock p/k/a Shorty Medlock a/k/a Paul Robert Medlocke a/k/a Shorty Medlocke |
| Line 4 | Publisher Plaintiff(s) | AF Circle C Fund LLC d/b/a Lovolar Music |
| Line 5 | Date(s) of Registration | 6/25/79    5/21/82 |
| Line 6 | Registration No(s). | PA 36-822    PA 143-978 |
| Line 7 | Date(s) of Infringement | 9/29/23 |
| Line 8 | Place of Infringement | Hickory Social House |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Workin' Man Blues |
| Line 3 | Writer(s) | Merle Haggard |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 6/9/69    12/28/71 |
| Line 6 | Registration No(s). | Eu 119972    Ep 294777 |
| Line 7 | Date(s) of Infringement | 9/29/23 |
| Line 8 | Place of Infringement | Hickory Social House |